# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| BRETT KEMNOW, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 4:23cv00331-JM-JJV |
| | * | |
| KILOLO KIJAKAZI, Acting Commissioner, | * | |
| Social Security Administration, | * | |
| | * | |
| Defendant. | * | |

# ORDER

This matter comes by way of remand in case number 4:21-cv-00312-BSM. Because it is a related case having been previously remanded to the Commissioner by the Honorable Brian S. Miller upon the recommendation by the Honorable Patricia Harris, judicial economy requires it be reassigned to those judges for disposition.

SO ORDERED this 16th day of November 2023.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE