IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRETT KEMNOW**                                                  **PLAINTIFF**

**v.**                 **CASE NO. 4:23-CV-00331-BSM**

**SOCIAL SECURITY ADMINISTRATION**
*Commissioner*                                          **DEFENDANT**

## ORDER

After de novo review of the record, the recommended disposition from United States Magistrate Judge Patricia S. Harris [Doc. No. 16] is adopted. The commissioner's decision is affirmed and Brett Kemnow's case is dismissed with prejudice.

IT IS SO ORDERED this 9th day of April, 2024.

                                                           _____
                                                           UNITED STATES DISTRICT JUDGE