IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRETT KEMNOW**  **PLAINTIFF**

**v.**  **CASE NO. 4:23-CV-00331-BSM**

**SOCIAL SECURITY ADMINISTRATION**
*Commissioner*  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 9th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE